MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
CARA XIDIS, ESQ.
Nevada Bar No. 11743
GANZ & HAUF
8950 W. Tropicana Ave, Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626

WILLIAM BRIM, ESQ.
Nevada Bar No. 5589
KOCH & BRIM, LLP
4520 South Pecos Road, Suite 4
Las Vegas, Nevada 89121
Tel: (702) 451-3900
Fax: (702) 451-1448

Attorneys for Plaintiff

**-o0o-**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARMONDO FLORES, | CASE NO:   2:18-cv-01795-GMN-GWF |
| Plaintiff, | |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive, | |
| Defendants. | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective

counsel of record, that the deadline for Plaintiff to file his Reply in support of the Motion to Remand

///

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV  89147
Phone: (702) 598-4529
Fax: (702) 598-3626

Page 1

filed on October 10, 2018, be extended from October 31, 2018 to November 2, 2018.

Dated this 31st day of October, 2018.                Dated this 31st day of October, 2018.

GANZ & HAUF                                          HARPER SELIM

/s/ Marjorie Hauf                                    */s/ Taylor Selim*

_____                   _____
Marjorie Hauf, Esq.                                  Taylor Selim, Esq.
Nevada Bar No. 8111                                  Nevada Bar No. 12091
8950 W. Tropicana Ave, Suite 1                       1707 Village Center Circle, Suite 140
Las Vegas, Nevada 89147                              Las Vegas, NV 89134
Attorneys for Plaintiff                              Attorney for Defendant

## ORDER

IT IS SO ORDERED.

Dated this __1__ day of November, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

GANZ & HAUF

8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626