TAYLOR G. SELIM
Nevada Bar No. 12091
**HARPER | SELIM**
1707 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:   (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARMONDO FLORES, | CASE NO.:   2:18-cv-01795-GMN-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES 1 through 10, inclusive; and ROE CORPORATION 1 through 10, inclusive, | |
| Defendants. | |

/ / /

1

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the Plaintiff, ARMONDO FLORES, by and through his counsel of record, GANZ & HAUF and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel of record, HARPER | SELIM, that this matter be dismissed with prejudice; each party to bear their own costs and attorney fees.

DATED this ___ day of November 2019.          DATED this _____ day of November 2019.

**GANZ & HAUF**                                 **HARPER | SELIM**

_____              _____
CARA XIDIS                                     TAYLOR G. SELIM
Nevada Bar No. 11743                           Nevada Bar No. 12091
8950 W. Tropicana Avenue, Suite 1              1707 Village Center Circle, Suite 140
Las Vegas, NV 89147                            Las Vegas, NV 89130
*Attorneys for Plaintiff*                       *Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

Dated this _6_ day of December, 2019.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT